█ In the Matter of the Estate of JACOB BILLIG, Deceased. JANET HENDLER, as Executrix of JACOB BILLIG, Deceased, et al., Appellants; PEARL BILLIG et al., Respondents.—

Concur — Nunez, J. P., Kupferman, McNally and Steuer, JJ.